THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellant, *v.* DENNIS DALZOTTO, Defendant-Appellee.

(No. 74-101; )

Fifth District—February 3, 1975.

Opinion by Mr. JUSTICE G. MORAN.

Kelly D. Long, State's Attorney, of Hillsboro, for the People.

Dennis M. Huber, of Bullington & White, of Hillsboro, for appellee.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SCOTT PRUDEN, Defendant-Appellant.

(No. 73-10; )

Fifth District—January 28, 1975.